**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

MICHAEL CHESTNUT,             :    No. 2 EM 2022

           Petitioner            :

             v.                  :

COURT OF COMMON PLEAS OF     :
PHILADELPHIA COUNTY,         :

           Respondent          :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.